199 So.2d 926

## Succession of Louis Francis GUERRE.

### No. 48759.

June 20, 1967.

In re: Mrs. Mabel Guerre Binnings et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 197 So.2d 738.

Writ refused. The results are correct.

■

199 So.2d 927

### Edwin A. RILEY, Jr.

v.

## HARTFORD ACCIDENT AND INDEMNITY COMPANY et al.

### No. 48774.

June 20, 1967.

In re: Lawrence Taylor and Hartford Accident and Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 198 So.2d 481.

Writ refused. No error of law under the facts found by the Court of Appeal.